```
✓ FILED     ___ LODGED
___ RECEIVED  ___ COPY

        APR 2 4 2012

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Walter R. Young,<br><br>          Defendant. | CR 12 08 37 PHX DGC SPL<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 924(a)(1)(A)<br>      (False Statement in Connection<br>      with the Acquisition of a Firearm)<br>      Counts 1-13<br><br>      18 U.S.C. §§ 922(a)(2) and<br>      924(a)(1)(D)<br>      (Unlawful Shipping and<br>      Transportation of a Firearm by<br>      Licensee to Non-Licensee)<br>      Count 14<br><br>      18 U.S.C. §§ 922(k) and<br>      924(a)(1)(B)<br>      (Possession of a Firearm with an<br>      Obliterated Serial Number)<br>      Count 15<br><br>      26 U.S.C. §§ 5861(d) and 5871<br>      (Possession of an Unregistered<br>      Firearm (Destructive Device))<br>      Count 16<br><br>      18 U.S.C. § 924(d), and 28 U.S.C.<br>      § 2461<br>      (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

### COUNTS ONE THROUGH THIRTEEN

On or about the dates set forth below, in the District of Arizona, defendant, WALTER R. YOUNG, in connection with the acquisition of a firearm, knowingly made a false statement and

representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of a business, the business being  licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant,  WALTER R. YOUNG, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating and representing that he resided at 6740 W. Deer Valley Road, Glendale, Arizona whereas in truth and in fact, as defendant, WALTER R. YOUNG well knew, that he did not reside at that location on the date he purchased the firearms listed below.

The dates of violation and firearms involved are listed as follows:

| Count | Date | Firearms |
|---|---|---|
| 1 | November 20, 2009 | two (2) LMT, model M203, 40mm receivers with serial numbers: LM100294 and LM100308 |
| 2 | December 8, 2009 | three (3) LMT, model M203, 40mm receivers with serial numbers: LM100296, LM100297, and LM100293 |
| 3 | February 11, 2010 | three (3) LMT, model M203, 37mm receivers with serial numbers:  LM100299, LM100311, and LM100307 |
| 4 | February 26, 2010 | one (1) TWA, model M3HB, .50 caliber receiver with serial number 200523 |
| 5 | February 27, 2010 | five (5) Colt, model AR-15, 5.56mm receivers with serial numbers: LE060714, LE061586, LE061889, LE61584, and LE061166 |
| 6 | March 19, 2010 | ten (10) Colt, model AR-15, 5.56mm receivers with serial numbers: LE061161, LE061401, LE061402, LE054871, LE061410, LE061914, LE060686, LE061670, LE060764, and LE061190 |
| 7 | April 1, 2010 | one (1) Colt, model Super 38, .38 caliber pistol with serial number 385504362 |
| 8 | April 7, 2010 | one (1) TWA, model M3HB, .50 caliber receiver with serial number 200527 |

| 9 | October 27, 2010 | one (1) Barrett, model 82A1, .50BMG rifle with serial number 5994 |
| 10 | December 7, 2010 | eight (8) Colt, model AR-15, .556mm receivers with serial numbers: LGC018694, LE003555, LE003494, LBD004318, LGC018759, LE068440, LE068441, and LE068442 |
| 11 | February 1, 2011 | ten (10) LMT, model M203, 40mm receivers with serial numbers: LM100599, LM100604, LM100607, LM100608, LM100615, LM100630, LM100631 LM100632, LM100636 and LM100637 |
| 12 | April 7, 2011 | five (5) LMT, model M203, 40mm receivers with serial numbers: LM100590, LM100593, LM100609, LM100618, and LM500573 |
| 13 | April 28, 2011 | ten (10) LMT, model M203, 40mm receivers with serial numbers:LM100616, LM100619, LM100620, LM100621, LM100623, LM100635, LM100638, LM100639, LM100640, and LM100645 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT FOURTEEN

On or about December 20, 2011, in the District of Arizona, the defendant, WALTER R. YOUNG, a licensed dealer of firearms withing the meaning of Chapter 44, Title 18, United States Code, willfully shipped and transported a firearm, that is, one (1) Colt, model Browning M2, .50 BMG caliber semi-automatic receiver with an obliterated serial number to a person who was not a licensed importer, manufacturer, dealer and collector of firearms with in the meaning of Chapter 44, Title 18, United States Code, and said shipment occurring in interstate commerce from Arizona to Texas.

In violation of Title 18, United States Code, Section 922(a)(2) and 924(a)(1)(D).

### COUNT FIFTEEN

On or about December 20, 2011, in the District of Arizona, the defendant, WALTER R. YOUNG, knowingly transported and shipped in interstate commerce from Arizona to Texas, a firearm, that is one (1) Colt, model Browning M2, .50 BMG caliber semi-automatic receiver, that had been shipped and transported in interstate commerce, from which the manufacturer's serial

3

1 | number had been removed, altered and obliterated.

2 |     In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

3 | **COUNT SIXTEEN**

4 |     On or about January 12, 2012, in the District of Arizona, the defendant, WALTER R.

5 | YOUNG, knowingly received and possessed two destructive devices, that is, one (1) ALS

6 | Technologies, model ALS09N9, diversionary device and one (1) CTS, model 7290, diversionary

7 | device, each a firearm as defined in Title 26, United States Code, Sections 5845(a)(8) and

8 | (f)(1)(B), which were not registered to him in the National Firearms Registration and Transfer

9 | Record, as required by Title 26, United States Code, Section 5841.

10 |     In violation of Title 26, United States Code, Sections 5861(d) and 5871.

11 | **FORFEITURE ALLEGATION**

12 |     As a result of committing the foregoing offenses as listed in Count One through Count

13 | Sixteen, as alleged in the Indictment, defendant WALTER R. YOUNG, shall forfeit to the

14 | United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United

15 | States Code, Section 2461, all firearms and ammunition involved in the commission of the

16 | offense, including, but not limited to the following:

17 |         thirty (30) LMT, model M203, 40mm receivers with serial numbers:

18 |         LM100294, LM100308, LM100296, LM100297, LM100293,

19 |         LM100590, LM100593, LM100609, LM100618, LM500573,

20 |         LM100599, LM100604, LM100607, LM100608, LM100615,

21 |         LM100630, LM100631, LM100632, LM100636, LM100637,

22 |         LM100616, LM100619, LM100620, LM100621, LM100623,

23 |         LM100635, LM100638, LM100639, LM100640, and LM100645;

24 |         three (3) LMT, model M203, 37mm receivers with serial numbers:

25 |         LM100299, LM100311, and LM100307;

26 |         two (2) TWA, model M3HB, .50 caliber receiver with serial

27 |         numbers 200523 and 200527;

28 |

4

1          twenty-three (23) Colt, model AR-15, 5.56mm receivers with serial

2          numbers: LE060714, LE061586, LE061889, LE61584, LE061166,

3          LE061161, LE061401, LE061402, LE054871, LE061410,

4          LE061914, LE060686, LE061670, LE060764, LE061190,

5          LGC018694, LE003555, LE003494, LBD004318, LGC018759,

6          LE068440, LE068441, and LE068442;

7          one (1) Colt, model Super 38, .38 caliber pistol with serial number

8          385504362;

9          one (1) Barrett, model 82A1, .50BMG rifle with serial number

10         5994;

11         one (1) Colt, model Browning M2, .50 BMG caliber semi-automatic

12         receiver with obliterated serial number;

13         one (1) ALS Technologies, model ALS09N9, diversionary device; and

14         one (1) CTS, model 7290, diversionary device.

15

16      If any of the above-described forfeitable property, as a result of any act or omission of the

17  defendant; (1) cannot be located upon exercise of due diligence; (2) has been transferred or sold

18  to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court;

19  (4) has been substantially diminished in value; or (5) has been commingled with other property

20  which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to

21  Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said

22  defendant up to the value of the above forfeitable property.

23

24  //

25  //

26  //

27

28                             5

1    In violation of Title 18, United States Code, Section 924(d) and Title 28, United States

2  Code, Section 2461.

3                              A TRUE BILL

4                                              /s/

5

6                              FOREPERSON OF THE GRAND JURY

7                              Date: April 24, 2012

8  ANN BIRMINGHAM SCHEEL
   Acting United States Attorney
9  District of Arizona

10          /s/

11  _____
   KATHY J. LEMKE
12  Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        6