```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    APR 27 2012

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY

      SEALED
```

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

United States of America )
v. )
)
) Case No. CR 12-837-PHX-DGC (SPL)
)
Walter R. Young )
*Defendant* )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States District Court<br>401 W. Washington Street<br>Phoenix, Arizona | Courtroom No.: 305 |
| --- | --- |
| | Date and Time: 05/09/2012 10:45 am |

This offense is briefly described as follows:

18:924(a)(1)(A) False Statement in Connection with the Acquisition of a Firearm
18:922(a)(2) and 924(a)(1)(D) Unlawful Shipping and Transportation of a Firearm by Licensee to Non-Licensee
18:922(k) and 924(a)(1)(B) Possession of a Firearm with an Obliterated Serial Number
26:5861(d) and 5871 Possession of an Unregistered Firearm (Destructive Device)
18:924(d), and 28:2461 Forfeiture Allegation

Date: 04/25/2012

*Issuing officer's signature*

Brian D. Karth, DCE/Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 4/25/2012

*Server's signature*

D Brown    DUSM
*Printed name and title*

Case No. CR 12-837-PHX-DGC (SPL)

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)***

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* __4/25/2012__.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☒ On *(date)* __4/25/2012__ I left the summons at the individual's residence or usual place of abode with *(name)* __Sarah Shill__, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: __4/25/2012__

_____
*Server's signature*

__O Brown OUSM__
*Printed name and title*

Remarks: