1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )   CR 12-00837-PHX-DGC
                                           )
10              Plaintiff,                  )   **ORDER REVOKING**
                                           )   **PROBATION**
11  vs.                                    )
                                           )
12                                         )
    Walter Roy Young,                      )
13  #68632308                              )
                   Defendant.              )
14                                         )
                                           )
15  _____)

16

17          The Court has considered the factors set forth in 18 U.S.C. §3583(e), the U.S.

18  Sentencing Commission Chapter Seven policy statements as well as the original guideline

19  range, and  reports and any  attachments. The Court finds defendant's probation should be

20  revoked.

21          IT IS ORDERED revoking defendant's probation.

22          IT IS ORDERED committing defendant to the custody of Bureau of Prisons for a term

23  of twelve (12) Months, to run consecutively to the term imposed in CR 13-1653-1 PHX

24  DGC. There will be no term of supervised release to follow.

25

26

27

28

IT IS FURTHER ORDERED that defendant shall self-surrender on January 9, 2014 at 2:00 p.m. to the designated institution or the United States Marshal for incarceration. Defendant advised of right to appeal.

DATED this 24th day of November, 2014.

_____
David G. Campbell
United States District Judge